McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:04-CR-05285-OWW |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGE ZEPEDA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   WHEREAS, on August 4, 2005, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant George Zepeda forfeiting to the United States the following property:

   a.   A Remington 20 Gauge Shotgun;

   b.   A Colt .38 caliber revolver,

   c.   A Lorcin .380 caliber semiautomatic pistol; and,

   d.   A Ami Tanfoglio Giuseppe .25 caliber semiautomatic pistol.

   AND WHEREAS, on October 18, 25 and November 1, 2005, the United

States published notification of the Court's Preliminary Order of Forfeiture in <u>The Stockton Record</u> (San Joaquin County), a newspaper of general circulation located in the county in which the subject property was seized. Said published notice advised all third parties of their right to petition the court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) for a violation of 18 U.S.C. § 922(g), to be disposed of according to law, including all right, title, and interest of George Zepeda.

2.  All right, title, and interest in the above-described property shall vest solely in the name of the United States of America.

3.  The Bureau of Alcohol, Tobacco, Firearms and Explosives, or its designee, shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 9TH day of <u>   January   </u>, 2006.

/s/ OLIVER W. WANGER

---
OLIVER W. WANGER
United States District Judge